Filed 1/19/05 by Clerk of Supreme Court

IN THE SUPREME COURT

STATE OF NORTH DAKOTA

2005 ND 7

Lance J. Cole, Plaintiff and Appellee

v.

Elizabeth D. Cole, Defendant and Appellant

No. 20040271

Appeal from the District Court of Ward County, Northwest Judicial District, the Honorable Robert W. Holte, Judge.

AFFIRMED.

Per Curiam.

Lance J. Cole (no appearance), plaintiff and appellee.

Lynn M. Boughey, Boughey Law Firm, P.O. Box 1206, Minot, N.D. 58702-

1206, for defendant and appellant.

Cole v. Cole

No. 20040271

Per Curiam.

[¶1] Elizabeth D. Cole appealed an order denying her motion to vacate the judgment entered in a divorce action.  The order is affirmed under N.D.R.App.P. 35.1(a)(4).

[¶2] Gerald W. VandeWalle, C.J.

Carol Ronning Kapsner

Dale V. Sandstrom

William A. Neumann

Mary Muehlen Maring